UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALEX JERRET NYBO,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | Case No. C20-233 TLF<br><br>ORDER ON PLAINTIFF'S MOTION FOR FEES, EXPENSES AND COSTS |

This matter comes before the Court on plaintiff's unopposed motion for attorney fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA). Dkt. 21. Plaintiff's motion requests an award of $3,727.88 in attorney's fees and $16.47 in expenses under the EAJA. Dkt. 21. Additionally, plaintiff seeks an award of $5.00 in costs under 28 U.S.C. § 1920. Dkt. 21. The Court granted plaintiff's application to proceed in this action *in forma pauperis.* Dkt. 1, 4. Therefore, plaintiff is precluded from recovering costs under 28 U.S.C. § 1920. *Wade v. Kijakazi*, No. 20-35327, 2021 WL 4343858 at * 4 (9th Cir. Sept. 24, 2021) ("Section 1915(f)(1) clearly precludes an award of costs against the United States where a court has granted a litigant IFP status."). Based on the foregoing and plaintiff's unopposed motion the Court grant's plaintiff's motion and ORDERS:

　　　(1)　Plaintiff is granted $3,727.88 in attorney's fees, and $16.47 in expenses.

(2) Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be sent to plaintiff's attorney Jeffrey Schwab at the address: P.O. Drawer 1429, Moses Lake, WA 98837.

(3) After the Court issues this Order, defendant will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program. Defendant is directed to contact the Department of Treasury after this Order is entered to determine whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA attorney fees and expenses are not subject to any offset, those fees and expenses will be paid directly to plaintiff's attorney, either by direct deposit or by check payable to plaintiff's attorney and mailed to plaintiff's attorney's address.

Dated this 12th day of October, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER ON PLAINTIFF'S MOTION FOR FEES,
EXPENSES AND COSTS - 2